**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-cr-00303 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| | ) | |
| THOMAS ARMOUR, II, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING PLEA OF GUILTY AND REFERRING THE MATTER FOR PREPARATION OF A PRESENTENCE REPORT** |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 27). On June 25, 2025, the government filed a seven-count Indictment alleging that Defendant failed to collect, account for, and pay over trust fund taxes in violation of 26 U.S.C. § 7202. (ECF No. 1). On September 14, 2026, Defendant filed a notice of intent to plead guilty. (ECF No. 24).

On September 14, 2026, the Court referred this matter to Magistrate Judge Grimes to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 25). The parties consented to the referral on September 17, 2026. (ECF No. 26).

On September 17, 2026, Magistrate Judge Greenberg held a change of plea hearing, during which the Defendant entered a plea of guilty to count one of the indictment. (Minutes of proceedings [non-document] dated 9/17/2026). The same day, Magistrate Judge Greenberg issued

an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 27). Any objections to the R&R were due on October 1, 2026. (*Id.* at PageID #99). Neither party has objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied that any threats or promises were made to get him to enter the plea other than those promises contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of count one of the Indictment. Pursuant to the parties' written plea agreement, the Government will move to dismiss the remaining charges, counts two through seven, at sentencing. This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for January 11, 2027, at 1:00 PM.

**IT IS SO ORDERED.**

Date: October 26, 2026

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**